

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00157 KGB |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| DOTTIE JO MARSHALL | ) | |
| EDUARDO ENRIQUE MURILLO | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about September 2020 until on or about October 7, 2020, in the Eastern District of Arkansas and elsewhere, the defendants,

DOTTIE JO MARSHALL and
EDUARDO ENRIQUE MURILLO,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about September 22, 2020, in the Eastern District of Arkansas, the defendant,

DOTTIE JO MARSHALL and
EDUARDO ENRIGUE MURILLO,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT THREE

On or about October 7, 2020, in the Eastern District of Arkansas, the defendant,

DOTTIE JO MARSHALL,

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATION ONE

Upon conviction of Count One, Two, or Three of this Indictment, the defendants, DOTTIE JO MARSHALL and EDUARDO ENRIQUE MURILLO, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION TWO

Upon conviction of Count One, Two, or Three of this Indictment, the defendants, DOTTIE JO MARSHALL and EDUARDO ENRIQUE MURILLO, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION THREE

Upon conviction of Count One, Two, or Three of this Indictment, the defendant, DOTTIE JO MARSHALL and EDUARDO ENRIQUE MURILLO, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]